**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **REGIONS BANK,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FOUR SEASONS MEAT, INC.,** | : | |
| ***Defendant.*** | : | **NO. 23-cv-914** |

## ORDER

**AND NOW**, this **27th** day of **October 2026**, upon consideration of Plaintiff Regions Bank's Petition for Reasonable Costs and Attorneys' Fees (the "Plaintiff's Petition") (ECF No. 52), and the docket, it is hereby **ORDERED** that the Plaintiff's Petition is **GRANTED**. The Court **AWARDS** Plaintiff Regions Bank $5,602.00 in attorneys' fees against Four Seasons MK LLC.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**