**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **REGIONS BANK,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **FOUR SEASONS MEAT, INC.,** *Defendant.* | : | **NO. 23-cv-914** |

**ORDER**

**AND NOW**, this **3rd** day of **November 2026**, upon consideration of Plaintiff Regions Bank's Motion for an Order Holding Non-Party Four Seasons MK LLC in Civil Contempt (the "Plaintiff's Motion") (ECF No. 56), and the docket, it is hereby **ORDERED** that the Plaintiff's Motion (ECF No. 56) is **GRANTED**, as follows:

1. Four Seasons MK LLC is held in **CIVIL CONTEMPT** of this Court's September 30, 2026 Order (ECF No. 50);
2. Four Seasons MK LLC **SHALL** fully respond to the subpoena served upon it, without objection, within fourteen (14) days of this Order;
3. If Four Seasons MK LLC **FAILS TO COMPLY** with Paragraph 2 of this Order, it **SHALL** pay a coercive fine of $25 per day, **beginning and including November 18, 2026**, for each additional day of non-compliance until it fully complies;
4. Plaintiff **SHALL** serve this Order upon Four Seasons MK LLC by personal service and first-class mail to its address of record at 6220 Bustleton Ave., Philadelphia, PA 19149;
5. Plaintiffs **MAY** submit a petition for reasonable costs and attorneys' fees incurred in connection with this Motion by or before **November 18, 2026**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**